# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00246-CV

### Alliance Association Management, Inc., Appellant

### v.

### Colony Square Owners Association, Inc., Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-GN-06-000291, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Alliance Association Management, Inc. has filed an unopposed motion to abate the appeal, stating that the trial court has set a hearing for mid-June, the outcome of which might render the appeal moot. Appellant asks that the appeal be abated until after the hearing and that its brief be made due thirty days after the abatement is lifted and the appeal reinstated. We grant appellant's motion and abate the appeal until July 14, 2006. If by that date the trial court has not yet ruled on the matter presented at the June hearing, appellant is ordered to file a report informing this Court of the status of the case.

_____

David Puryear, Justice

Before Justices B. A. Smith, Puryear, and Waldrop

Filed:   May 26, 2006